## STATE v. CLIFTON BRUCE BARNES.

198 N. W. 2d 339.

June 16, 1972—No. 43314.

*C. Paul Jones,* State Public Defender, and *Mollie G. Raskind,* Assistant State Public Defender, for appellant.

*Warren Spannaus,* Attorney General, *William B. Randall,* County Attorney, and *Darrell C. Hill,* Assistant County Attorney, for respondent.

Heard before Knutson, C. J., and Otis, Todd, and MacLaughlin, JJ.

PER CURIAM.

Defendant appeals from a conviction for aggravated robbery, Minn. St. 609.245, following a trial by jury, and from the order of the trial court denying his motion for a new trial. The two grounds for appeal are that the evidence does not support the verdict and that the prosecutor's closing argument was so improper as to be prejudicial. A review of the testimony shows that ample evidence supported the jury's verdict.

The closing argument by the prosecutor contains some questionable remarks but was not so prejudicial as to warrant a new trial. Moreover, defendant did not object to the remarks, move for a mistrial, or seek corrective instructions.

The conviction and the order denying a new trial are affirmed.